BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4699
    E-mail:    sarah.gerdes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:25-CR-00208-AB |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| DANIEL JONGYON PARK, | |
| Defendant. | |

Plaintiff, by and through plaintiff's counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sarah E. Gerdes, hereby advises the Court that the above-captioned case has been assigned to the following Assistant United States Attorney ("AUSA"):

| | Name | E-mail Address |
|---|---|---|
| Assigned AUSA | Sarah E. Gerdes | sarah.gerdes@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the assigned

AUSA, Sarah E. Gerdes, is associated with this case as attorney of record for plaintiff and that she receives all e-mails relating to filings in this case.

Dated: June 26, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

/s/ Sarah E. Gerdes
SARAH E. GERDES
Assistant United States Attorney
Terrorism and Export Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA